UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

HAROLD VERLEY,

                Plaintiff,

  -against-                                        9:05-CV-1251
                                                                 (LEK/GHL)

GLENN GOORD; LESTER N. WRIGHT;
JOHN BURGE; JOHN MCANANY;
PANG KOOI; HOLLY COLLETTE; and
UNITED CORR. MANAGED CARE, INC.,

                Defendants.

## DECISION AND ORDER

       This matter comes before the Court following a Report-Recommendation filed on August 20, 2008, by the Honorable George H. Lowe, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and L.R. 72.3(c) of the Northern District of New York.  Report-Rec. (Dkt. No. 52).

       Within ten days, excluding weekends and holidays, after a party has been served with a copy of a Magistrate Judge's Report-Recommendation, the party "may serve and file specific, written objections to the proposed findings and recommendations," FED. R. CIV. P. 72(b), in compliance with L.R. 72.1.  No objections have been raised in the allotted time with respect to Judge Lowe's Report-Recommendation.  Furthermore, after examining the record, the Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice.

       Accordingly, it is hereby

       **ORDERED**, that the Report-Recommendation (Dkt. No. 52) is **APPROVED** and **ADOPTED** in its **ENTIRETY**; and it is further

1

**ORDERED**, and that Defendants' Motion for Summary Judgment (Dkt. No. 46) is **GRANTED**; it is further

**ORDERED**, that Plaintiff's Complaint (Dkt. No. 1) is **DISMISSED with prejudice**; and it is further

**ORDERED**, that the Clerk serve a copy of this Order on all parties.

**IT IS SO ORDERED**.

DATED: September 15, 2008
Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge